1  **RESNICK & LOUIS, P.C.**
Troy Clark, Esq., SBN: 11361
2  Brandon Trout, Esq., SBN: 13411
tclark@rlattorneys.com
3  btrout@rlattorneys.com
8925 W. Russell Road, Suite 220
4  Las Vegas, NV 89148
Telephone: (702) 997-3800
5  Facsimile: (702) 997-3800
6  *Attorneys for Defendant,*
*Westgate Las Vegas Resorts & Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAKIESHLA YOUNGBLOOD, individually, | CASE NO.: 2:21-cv-01169 |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| NAV-LVH, LLC d/b/a WESTGATE LAS VEGAS RESORT & CASINO, a Domestic Limited-Liability Company, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party claims pending in this civil action. The parties agree that should the Court

///
///
///
///
///
///
///

1

approve this stipulation, each side shall bear its own attorney's fees and costs.

| DATED this __20th__ day of ~~August,~~ September 2021. | DATED this __15th__ day of ~~August,~~ September 2021. |
|---|---|
| **RESNICK & LOUIS, P.C.** | **HICKS & BRAISER** |
| /s/ Troy A. Clark | *[signature]* |
| TROY A. CLARK, ESQ.<br>Nevada Bar No. 11361<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV 89148<br>tclark@rlattorneys.com<br>Attorneys for Defendant | Charles Jackson, Esq.<br>Nevada Bar No. 13158<br>2630 S. Jones Blvd<br>Las Vegas, NV 89146<br>cjackson@lvattorneys.com<br>Attorney for Plaintiff |

**ORDER**

The Court having reviewed the joint stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the stipulation is <u>approved</u>. This civil action is hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.

Dated: _____, 2020.

**IT IS SO ORDERED.**

Dated this __20__ day of September, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT